UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen Collins, | Case No. 21-cv-0429 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| U.S.A., | |
| Respondent. | |

Before the Court is the July 30, 2021 Amended Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 43.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 30, 2021 R&R, (Dkt. 43), is **ADOPTED**.

2. Petitioner Stephen Collins's petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.[1]

---

[1] Habeas cases are not "civil actions" within the meaning of 28 U.S.C. § 1915. *See, e.g.*, *Andrews v. King*, 398 F.3d 1113, 1122 (9th Cir. 2005) (stating that "the language of § 1915(g) does not encompass habeas petitions and . . . Congress intended § 1915(g) to address civil rights and prison condition cases, not habeas petitions"). Because the Court is not dismissing Collins's habeas petition for a reason enumerated in Section 1915(g), the dismissal is not a "strike" even if construed as a "civil action." *See* 28 U.S.C. § 1915(g).

3. Petitioner Stephen Collins's motions for summary judgement, (Dkts. 21, 40), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 29, 2021                                        s/Wilhelmina M. Wright
                                                                                Wilhelmina M. Wright
                                                                                United States District Judge